IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA ROSNER, Derivatively on Behalf of AMERISOURCEBERGEN CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>STEVEN H. COLLIS, JANE E. HENNEY, HENRY W. MCGEE, MICHAEL J. LONG, RICHARD W. GOCHNAUER, KATHLEEN W. HYLE, LON R. GREENBERG, ORNELLA BARRA, D. MARK DURCAN, DOUGLAS R. CONANT, RICHARD C. GOZON, EDWARD E. HAGENLOCKER, and CHARLES H. COTROS,<br><br>      Defendants,<br><br> -and-<br><br>AMERISOURCEBERGEN CORPORATION, a Delaware corporation,<br><br>      Nominal Defendant. | Case No. 1:20-cv-00177-MN |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that plaintiff Andrea Rosner ("Plaintiff"), derivatively on behalf of AmerisourceBergen Corporation ("AmerisourceBergen"), hereby voluntarily dismisses, without prejudice, all claims and causes of action against all defendants in this action pursuant to Federal Rule of Civil Procedure 41.  No defendant has filed or served an answer or moved for summary judgment.  Notice to stockholders is not required under Rule 23.1 of the Federal Rules of Civil Procedure because no consideration has been exchanged, there is no settlement or compromise, and the dismissal is without prejudice.

| | |
|---|---|
| Dated: June 30, 2020 | Respectfully submitted, |
| | **COOCH AND TAYLOR, P.A.** |
| | */s/ Blake A. Bennett* |
| **OF COUNSEL:** | Blake A. Bennett (#5133) |
| | The Nemours Building |
| **ROBBINS LLP** | 1007 N. Orange Street, Suite 1120 |
| BRIAN J. ROBBINS | P.O. Box 1680 |
| CRAIG W. SMITH | Wilmington, DE 19899 |
| SHANE P. SANDERS | (302) 984-3889 |
| EMILY R. BISHOP | |
| 5040 Shoreham Place | |
| San Diego, CA 92122 | |
| Telephone: (619) 525-3990 | |
| Facsimile: (619) 525-3991 | |
| E-mail: brobbins@robbinsllp.com | |
|   csmith@robbinsllp.com | |
|   ssanders@robbinsllp.com | |
|   ebishop@robbinsllp.com | |
| | *Attorneys for Plaintiff* |